**Order filed, July 9, 2015.**



In The

# Court of Appeals
### For The
## First District of Texas
_____

NO. 01-15-00412-CR

**DEBEYON PATRICE YOUNG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Case 1388619**

---

## ORDER

The reporter's record in this case was due June 19, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the Court Reporter in the 208th District Court, the official (or substitute)

court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/ Harvey Brown
    Acting individually